IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation,

Plaintiff(s),

v.

WEBMD HEALTH SERVICES GROUP, INC., and
WEBMD HEALTH CORP.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the defendants' <u>Unopposed</u> Motion for Leave to Amend Answer (Docket No. 29) is granted.  The tendered Amended Answer (Docket No. 29-1) is accepted for filing as of the date of this Minute Order.

Date: February 28, 2013