# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 12-cv-02834-WYD-MJW | FTR - Courtroom A-502 |
| **Date:** June 24, 2013 | Courtroom Deputy, Kathleen Finney |
| *Parties* | *Counsel* |
| NATIONAL JEWISH HEALTH, a Colorado non-profit corporation | Gary R. Maze  Ellen E. Stewart |
| Plaintiff, | |
| v. | |
| WEBMD HEALTH SERVICES GROUP, INC. and WEBMD HEALTH CORP., | K. C. Groves, Jr.  Mark E. Lacis |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION   HEARING
**Court in Session:**   2:20 p.m.
Court calls case.  Appearances of counsel.

The Court raises Defendants' Motion to Compel [#37] and Defendant's Motion to Amend Scheduling Order [#41]  for argument.

2:21 p.m.     Argument by Mr. Groves for defendants.

2:50 p.m.     Argument by Mr. Maze for plaintiff.

3:15 p.m.     Rebuttal argument by Mr. Groves.

3:25 p.m.     Further argument by Mr. Maze.

Findings by the court.

**It is ORDERED:**

- Defendants' MOTION TO COMPEL [Docket No. **37**, filed June 13, 2013]  is **GRANTED in part, DENIED in part**, for reasons as set forth on the record.

- Plaintiff shall have a representative, for the Plaintiff, sign the "chart" which was shown to the Court during this hearing as well as signing further averment that this is the only version.  The chart is inclusive of all Copyright Infringement

        Claims that Plaintiff alleges.  These shall be provided to the defendant **on or before JUNE 28, 2013**.

- Parties shall meet and confer to arrange a date and time for defendant and defendant representative to take the CD, received from Plaintiff, to National Jewish Health for assistance from the IT Department, expected to be Mr. Lazlow Pook, to access the information on the CD.  An expert for defendant may be present.
- Any documents viewed on the CD that defendant wishes to have printed shall be printed at Defendant's expense.  All information is subject to the Protective Order and shall be used for this purpose only and no other purpose.  Each party shall pay its own attorney fees and costs.

- Defendants' MOTION TO AMEND SCHEDULING ORDER [Docket No. **41**, filed June 21, 2013] is **DENIED,** for reasons as set forth on the record.  Parties shall pay their own attorney fees and costs.

- Plaintiff does not have to respond to more interrogatories.
- Plaintiff does have to answer Requests for Admissions.

Hearing concluded.
**Court in recess: 3:38 p.m.**
Total In-Court Time 01:18

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.