IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation,

Plaintiff(s),

v.

WEBMD HEALTH SERVICES GROUP, INC., and
WEBMD HEALTH CORP.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Modification of the Protective Order (docket no. 44) is GRANTED finding good time shown.  The Joint Stipulated Protective Order (docket no. 44-1) is APPROVED and made an Order of Court.

Date: July 10, 2013