IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation

    Plaintiff,

v.

WEBMD HEALTH SERVICES GROUP, INC. and

WEBMD HEALTH CORP.,

    Defendants.

---

## MINUTE ORDER [ Docket No 55 ]

**ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE**

This matter is before the Court upon the parties' Joint Motion Pursuant to Local Rule 30.1 for Leave to Notice Third Party Depositions ("Joint Motion"). Having examined the Motion and finding good cause, the Court orders as follows:

It is ORDERED that the parties' above Joint Motion is hereby GRANTED.

Dated: August 12, 2013

{00207037:}