**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  12-cv-02834-WYD-MJW | FTR - Courtroom A-502 |
| **Date:**  August 13, 2013 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| NATIONAL JEWISH HEALTH,<br>a Colorado non-profit corporation | Gary R. Maze<br>Ellen E. Stewart |
| Plaintiff(s), | |
| v. | |
| WEBMD HEALTH SERVICES GROUP, INC. and<br>WEBMD HEALTH CORP., | K. C. Groves, Jr.<br>Mark E. Lacis |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **MOTION   HEARING**
**Court in Session:**   8:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises Defendants' motion for sanctions or to compel [Docket No. 50 (Public Entry) Docket No. 49 (Restricted Access Document), filed July 19, 2013] for argument.

Argument on behalf of Defendant by Mr. Groves.
Argument on behalf of Plaintiff by Mr. Maze.

**It is ORDERED:**   Defendants' MOTION FOR SANCTIONS OR TO COMPEL [Docket No. **50,** Filed July 19, 2013 _Restricted Document_ Docket No. **49**]  is **TAKEN   UNDER   ADVISEMENT.** The court will issue its written Order.

Hearing concluded.

**Court in recess:**   9:07 a.m.   Total In-Court Time 00:37

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119   or    Toll Free    1-800-962-3345.