IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation,

Plaintiff(s),

v.

WEBMD HEALTH SERVICES GROUP, INC., and
WEBMD HEALTH CORP.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order (Docket No. 67) is granted, finding good cause shown.  The Scheduling Order (Docket No. 24) is amended to permit the defendants to re-open the deposition of Dr. Amy Lukowski solely for the purpose of examining her about the unredacted version of her February 9, 2010, presentation.  The deposition shall be for no more than two hours at a mutually convenient time.

Date: August 16, 2013