IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation,

Plaintiff(s),

v.

WEBMD HEALTH SERVICES GROUP, INC., and
WEBMD HEALTH CORP.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Defendants' Unopposed Motion for Leave to Exceed Page Limitations on Their Response in Opposition to Motion for Rule 37 Sanctions (Docket No. 79) is granted, and thus defendants may file Response to Docket No. 72 that does not exceed 25 pages in length.

Date: October 21, 2013