UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation
    Plaintiff,

v.

WEBMD HEALTH SERVICES GROUP, INC. and
WEBMD HEALTH CORP.,
    Defendants.

---

## ORDER
(Docket No. 74)

The Court, having considered the arguments of counsel and all papers on record, hereby GRANTS the Opposed Rule 16 Motion To Allow A Third Party Deposition of Lockton Companies, LLC Filed By Plaintiff, National Jewish Health.

IT IS ORDERED that Plantiff's Opposed Rule 16 Motion To Allow A Third Party Deposition of Lockton Companies, LLC (Docket No. 74) is GRANTED. It is further

ORDERED that Scheduling Order (Doc. 24) shall be modified to allow a single deposition of Linda Butler, with each side allowed 3.5 hours, for a total of 7 hours. (X) It is further

ORDERED that each Party shall bear its own fees and expenses for the deposition.

Dated: November 6, 2013

(X) The Discovery Cut-off Date in The Scheduling Order (Doc. 24) is extended to November 29, 2013 for the limited purpose of taking the Deposition of Linda Butler.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO