IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation,

Plaintiff(s),

v.

WEBMD HEALTH SERVICES GROUP, INC., and
WEBMD HEALTH CORP.,

Defendant(s).

**ORDER APPOINTING
AS A SPECIAL MASTER
THE HONORABLE RONALD J. HEDGES (RET) UNITED STATES MAGISTRATE
JUDGE FROM THE DISTRICT OF NEW JERSEY**

**Entered by Magistrate Judge Michael J. Watanabe**

This court issued a Notice of Intent to Appoint Special Master (docket no. 89) on December 3, 2013. Following notice of my intent to do so, the parties filed a Joint Stipulation Concerning the Appointment of a Special Master (docket no. 90). In such Stipulation (docket no. 90), the parties have stipulated to have retired United States Magistrate Judge Ronald J. Hedges from the District of New Jersey serve as the Special Master in this case. The parties also have no objection to *ex parte* communications between the Special Master and the Court. See Stipulation (docket no. 90), page 2. I have reviewed Magistrate Judge Hedges' qualifications which are attached to the Stipulation (docket no. 90), and I find that he is well qualified to serve as a Special Master in this case. I further find that his hourly rate of $300.00 is fair and

2

reasonable and that there are no grounds for disqualifying him under 28 U.S.C. § 455. See Affidavit from retired Magistrate Judge Hedges (docket no. 100).  Furthermore, I find that he is willing to serve as a Special Master in this case.

Accordingly, pursuant to Fed. R. Civ. P. 53, it is **ORDERED**;

1. That the Honorable Ronald J. Hedges is appointed as a Special Master in this case.  United States Magistrate Judge (Ret) Hedges' contact information is:

    United States Magistrate Judge (Ret) Ronald J. Hedges
    Ronald J. Hedges LLC
    484 Washington Avenue
    Hackensack New Jersey 07601
    Email: r_hedges@live.com
    Telephone no. 201-341-3635

2. That in addition to the inherent authority of a Special Master pursuant to Fed. R. Civ. P. 53, Magistrate Judge Hedges is empowered with all the authority granted a United States Magistrate Judge by 18 U.S.C. § 636 and Fed. R. Civ. P. 72, including authority to impose sanctions, and under the United States District Court for the District of Colorado Local Rules of Practice.  Magistrate Judge Hedges has full authority to employ the services of my courtroom deputy, Ellen Miller [303-335-2101], in the event a hearing is deemed necessary by the Special Master to resolve Plaintiff National Jewish Health's Motion for Rule 37 Sanctions (docket no. 72).  If a hearing is necessary, the Special Master shall contact my chambers at 303-844-2403 to set up a date and time for a telephone

3

hearing on the record with the parties;

3. That the Special Master shall perform the following duty. He shall make a ruling on Plaintiff National Jewish Health's Motion for Rule 37 Sanctions (docket no. 72) and file such written ruling or a written status report with this court on or before April 1, 2014. Plaintiff shall provide the Special Master with the subject motion plus attachments (docket no. 72) and its Reply plus attachments (docket no. 88) on or before January 17, 2014. Defendants shall provide to the Special Master its Response plus attachments (docket no. 82) to the subject motion (docket no. 72) on or before January 17, 2014. The Special Master may direct any party to provide him with other portions of the docket from this case as needed;

4. That the parties may object to a Special Master's order within the same time limitations for objection to a magistrate judge's ruling under Fed. R. Civ. P. 72;

5. That based upon the information available, and subject to later modification pursuant to Fed. R. Civ. P. 53(g), the expense of the Special Master is allocated 50% to Plaintiff and 50% to Defendants in accordance with the following procedures:

    a. The Special Master shall be compensated at the hourly rate of $300.00 and reimbursed for all reasonable costs incurred;

    b. The Special Master shall file with the court monthly

4

itemized bills for the amounts due him on the last day of each month. The Special Master shall provide copies of his monthly bills to the parties. Unless a party objects within 10 days of filing the monthly bills with the court by the Special Master, the Clerk of Court shall pay the bill from a special account created in the Registry of this court for this case. The parties are to immediately contact the Clerk of Court for the United States District Court for the District of Colorado and follow the procedure of the Clerk of Court [303-335-2526] in setting up this special account for payment of the Special Master's monthly bills; and

c. That within 20 days of the date of this Order, the parties shall pay the following amounts into the Registry of the Court to be held in the special account for payment of the Special Master's monthly bills and distributed in accordance with the orders of this court: Plaintiff shall deposit $10,000, and Defendants shall deposit $10,000; and

6. The Clerk of Court shall send a copy of this Order to the Special Master, Ronald J. Hedges, at the address provided above.

Done this 13th day of January 2014.

5

        BY THE COURT

        <u>s/Michael J. Watanabe</u>
        MICHAEL J. WATANABE
        U.S. MAGISTRATE JUDGE