UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation,

    Plaintiff,

v.

WEBMD HEALTH SERVICES GROUP, INC., and,
WEBMD HEALTH CORP.,

    Defendants.

## ORDER

THIS MATTER is before the Court on plaintiff, National Jewish Health's, Unopposed Motion To File Motion To Restrict Access (Level 1) Pursuant To D.C.Colo.LCivR 7.2 Out Of Time [ECF No. 122].

After careful consideration, it is

ORDERED that National Jewish Health's motion [ECF No. 122] is **GRANTED**, and its Unopposed Motion To Restrict Access (Level 1) Pursuant To Local Rule 7.2 [ECF No. 122-1] is deemed filed.  It is

FURTHER ORDERED that National Jewish Health's Unopposed Motion To Restrict Access (Level 1) Pursuant To Local Rule 7.2 [ECF No. 122-1] is **GRANTED**.  As such, it is

FURTHER ORDERED that the defendants' Motion For Partial Summary Judgment [ECF Nos. 101 & 103] is **STRICKEN** from the record.  The defendants shall file the new redacted version of their Motion For Partial Summary Judgment, along with

any and all *unrestricted* attachments, as one filing on or before Monday, February 3, 2014.  In a separate filing, the defendants shall file all *restricted* attachments relating to their Motion For Partial Summary Judgment and shall do so on or before Monday, February 3, 2014.

Dated:  January 29, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge