IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation

    Plaintiff,

v.

WEBMD HEALTH SERVICES GROUP, INC. and
WEBMD HEALTH CORP.

    Defendants.

---

### ORDER REGARDING SUBMISSIONS OF
### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

---

THE SPECIAL MASTER, pursuant to the Order Appointing As A Special Master The Honorable Ronald J. Hedges (Ret) United States Magistrate Judge From The District Of New Jersey [Doc. No. 102], held an evidentiary hearing on Plaintiff National Jewish Health's Motion for Rule 37 Sanctions [Doc. No. 72] on February 3-4, 2014, and

HEREBY ORDERS that Plaintiff and Defendants shall each submit Proposed Findings of Fact and Conclusions of Law within 14 days after the transcript of the February 3-4, 2014 hearing is filed with the Court.

DATED this 11th day of February 2014

                                              BY THE SPECIAL MASTER:

                                              Ronald J. Hedges
                                              Special Master