IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation,

Plaintiff(s),

v.

WEBMD HEALTH SERVICES GROUP, INC., and
WEBMD HEALTH CORP.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff National Jewish Health's Opposed Motion to Vacate and Reschedule Pretrial Conference (docket no. 151) is DENIED.  This court does not find good cause shown to continue and reset the Final Pretrial Conference because the parties are waiting for a decision by Special Master Judge Hedges on the Motion for Sanctions Pursuant to Rule 37 (docket no. 72).

Date: March 17, 2014