UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation,

Plaintiff,

v.

WEBMD HEALTH SERVICES GROUP, INC., and,
WEBMD HEALTH CORP.,

Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

THIS MATTER is before the Court on plaintiff, National Jewish Health's, Unopposed Motion To File Motion To Restrict Access (Level 1) Pursuant To D.C.COLO.LCivR 7.2 Out Of Time [ECF No. 147].  After careful consideration, it is

ORDERED that the motion [ECF No. 147] is **GRANTED** and National Jewish Health may file its Unopposed Motion To Restrict Access (Level 1) Pursuant To Local Rule 7.2 [ECF No. 147-1].

Upon review of National Jewish Health's Unopposed Motion To Restrict Access (Level 1) Pursuant To Local Rule 7.2 [ECF No. 147-1], it is

FURTHER ORDERED that the motion [ECF No. 147-1] is **GRANTED** and exhibits 1, 2, and 3 of National Jewish Health's Motion To Strike Evidence Submitted In Support Of Plaintiff's Motion For Partial Summary Judgment [ECF No. 108] are **RESTRICTED** at Level 1 Restriction, which limits access to the parties and this Court. It is

FURTHER ORDERED that the attachments to National Jewish Health's Unopposed Motion To Restrict Access (Level 1) Pursuant To Local Rule 7.2 [ECF No. 147-1], *ECF Nos. 147-2 through 147-4*, shall be the publicly accessible version, *i.e.*, the redacted version, of exhibits 1, 2, and 3 of National Jewish Health's Motion To Strike Evidence Submitted In Support Of Plaintiff's Motion For Partial Summary Judgment [ECF No. 108].

Dated:  June 16, 2014.