**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:   Robert R. Keech          Date:   July 2, 2014
E.C.R./Reporter:    Tammy Hoffschildt

---

Civil Action No:  **12-cv-02834-WYD-MJW**          Counsel:

**NATIONAL JEWISH HEALTH**,                       John L. Watson
                                                  Ellen E. Stewart
          Plaintiff,

v.

**WEBMD HEALTH SERVICES GROUP,**                  K. C. Groves
**INC., et al.**,                                 Mark E. Lacis
                                                  Benjamin J. Larson
          Defendants.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**10:06 a.m.**     Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks and review of the history of the case.

**ORDERED:**       Defendants' Motion to Strike [ECF Doc. No. 115], filed January 24, 2014, is **DENIED.**

**ORDERED:**       Plaintiff's Motion to Strike [ECF Doc. No. 138], filed February 14, 2014, is **DENIED.**

                   Plaintiff's Motion for Partial Summary Judgment of Breach of Contract [ECF Doc. No. 92], filed December 20, 2013, and Defendants' Motion for Partial Summary Judgment on Plaintiff's Claims for Lost Profits Damages [ECF Doc. No. 126], filed January 31, 2014, are raised for argument.

| | |
|---|---|
| 10:13 a.m. | Argument by Plaintiff (Mr. Watson). |
| 10:32 a.m. | Argument by Defendants (Mr. Groves). |
| 10:52 a.m. | Argument by Plaintiff (Mr. Watson). |
| | Court makes findings. |
| **ORDERED:** | Plaintiff's Motion for Partial Summary Judgment of Breach of Contract [ECF Doc. No. 92], filed December 20, 2013, is **DENIED.** |
| **ORDERED:** | Defendants' Motion for Partial Summary Judgment on Plaintiff's Claims for Lost Profits Damages [ECF Doc. No. 126], filed January 31, 2014, is **DENIED.** |
| 10:57 a.m. | Discussion regarding the filing of motions in limine, briefing schedule, and setting a hearing on the motions in limine. |
| **ORDERED:** | Any motions in limine shall be filed on or before **Monday, September 15, 2014.** |
| **ORDERED:** | Responses to motions in limine shall be filed on or before **Friday, October 3, 2014.** |
| **ORDERED:** | Replies shall be filed on or before **Friday, October 17, 2014.** |
| **ORDERED:** | A motion hearing is set for **Friday, November 21, 2014, at 1:30 p.m., in Courtroom A-1002.** |
| **11:08 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME: 1:02**