IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-02834-WYD-MJW

NATIONAL JEWISH HEALTH, a Colorado non-profit corporation,

      Plaintiff,

v.

WEBMD HEALTH SERVICES GROUP, INC. and
WEBMD HEALTH CORP.,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Defendants' Motion in Limine to Exclude Testimony of Fed. R. Evid. 701 Witnesses Based on "Specialized Knowledge" (ECF No. 172), filed September 15, 2014, and Plaintiff's Motion in Limine Concerning the Controlling Choice of Law (ECF No. 173), filed September 15, 2014, are **DENIED WITHOUT PREJUDICE**.

      The parties are directed to section III(C)(1) of my PRACTICE STANDARDS.  Motions in limine may be filed not earlier than seventy-five (75) days and not later than thirty (30) days prior to the Trial Preparation Conference, which was set in this case for February 4, 2015.

      Dated:   September 17, 2014.