**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | November 21, 2014 |
| E.C.R./Reporter: | Mary George | | |

Civil Action No: **12-cv-02834-WYD-MJW**     Counsel:

**NATIONAL JEWISH HEALTH**,                   John L. Watson
                                              James R. Wooll
            Plaintiff,

v.

**WEBMD HEALTH SERVICES GROUP,**              K. C. Groves
**INC.; and**                                 Mark E. Lacis
**WEBMD HEALTH CORP.**,

            Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**1:09 p.m.**   Court in Session

               APPEARANCES OF COUNSEL.

               Court's opening remarks and review of the history of the case.

               Defendants' Motion in Limine [ECF Doc. No. 174], filed September 15, 2014, is raised for argument.

1:16 p.m.      Argument by Defendants (Mr. Groves).

1:25 p.m.      Argument by Plaintiff (Mr. Watson).

1:36 p.m.      Argument by Defendants (Mr. Groves).

| | |
|---|---|
| **ORDERED:** | Defendants' Motion in Limine [ECF Doc. No. 174], filed September 15, 2014, is **DENIED WITHOUT PREJUDICE.** |
| | Plaintiff's Motion in Limine Concerning the Controlling Choice of Law [ECF Doc. No. 173], filed September 15, 2014, is raised for argument. |
| 1:43 p.m. | Argument by Plaintiff (Mr. Watson). |
| 1:43 p.m. | Argument by Defendants (Mr. Groves). |
| 1:47 p.m. | Argument by Plaintiff (Mr. Watson). |
| 1:51 p.m. | Argument by Defendants (Mr. Groves). |
| 1:59 p.m. | Argument by Plaintiff (Mr. Watson). |
| **ORDERED:** | Plaintiff's Motion in Limine Concerning the Controlling Choice of Law [ECF Doc. No. 173], filed September 15, 2014, is **TAKEN UNDER ADVISEMENT.** |
| 2:04 p.m. | Discussion regarding length of trial being approximately 8-10 days and whether the case may settle. |
| **2:06 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :57**